**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Howard D. Popky<br>     dba Dr. Howard D. Popky DDS<br><br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-16446 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

     Respectfully submitted,
     **/s/ Kevin G. McDonald, Esq.**
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322