SALDUTTI LAW GROUP
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
(856) 779-3362 FAX
Attorney for Creditor, The Bryn Mawr Trust Company

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>**HOWARD D POPKY**<br><br>**Debtor.** | **CASE NO: 18-16446-AMC**<br><br>**CHAPTER 13** |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Bryn Mawr Trust Company. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell Esq.
1735 Market St., Suite 3750
Philadelphia, PA 19103
Email: rmcdowell@slgcollect.com

SALDUTTI LAW GROUP

*/s/Rebecca K. McDowell*
REBECCA K MCDOWELL, ESQUIRE

Dated:  October 16, 2018