United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-16446-amc
Howard D Popky                                                                Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: dlv              Page 1 of 2            Date Rcvd: Oct 16, 2018
                               Form ID: 309I           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
```
db              +Howard D Popky,    411 Millhouse Pond,   Wayne, PA 19087-5518
14204638        +BANK OF AMERICA,    4909 SAVARESE CIR,   TAMPA, FL 33634-2413
14204639        +Bryn Mawr Trust Company,    801 Lancaster Avenue,   Bryn Mawr, PA 19010-3396
14204640        +CAPITAL ONE / BERGDO,    ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
14204646        +CHASE MORTGAGE,    MAIL CODE: OH4-7302,   PO BOX 24696,   COLUMBUS, OH 43224-0696
14204647        +CHASE MORTGAGE,    PO BOX 24696,   COLUMBUS, OH 43224-0696
14204650        +Dentures Unlimited,    206 North Black Horse Pike,   Runnemede, NJ 08078-1665
14204651        +Equifax,    PO BOX 740241,   Atlanta, GA 30374-0241
14204652        +Experian,    PO BOX 2002,   Allen, TX 75013-2002
14204653        +Glenn M. Lampert,    3331 Street Road,   Bensalem, PA 19020-2052
14204663        +NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT,    2901 KINWEST PKWY,   IRVING, TX 75063-5816
14204661        +NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT,    ATTN: BANKRUPTCY,   PO BOX 660360,
                 DALLAS, TX 75266-0360
14204660        +Newmark Knight Frank Management Services,    880 E Swedesford Road,   Wayne, PA 19087-2129
14204667        +Pennsylvania Department of Revenue,    1 Revenue Place,   Harrisburg, PA 17129-0001
14204668        +Saldutti Law Group,    1735 Market Street,   Suite 3750,   Philadelphia, PA 19103-7532
14204669        +The Ponds Homeowner Association,    383-A Drummers Lane,   Wayne, PA 19087-1556
14204670         TransUnion,   PO BOX 1000,   Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: bestcasestephen@gmail.com Oct 17 2018 02:41:55      STEPHEN MATTHEW DUNNE,
                 Dunne Law Offices, P.C.,    1515 Market Street,   Suite 1200,   Philadelphia, PA 19102,
                 U.S.A.
tr              +E-mail/Text: bncnotice@phl3trustee.com Oct 17 2018 02:44:17      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 17 2018 02:42:59      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14204637         EDI: BANKAMER.COM Oct 17 2018 06:23:00      BANK OF AMERICA,   ATTN: BANKRUPTCY,   PO BOX 982238,
                 EL PASO, TX 79998
14204642        +EDI: CHASE.COM Oct 17 2018 06:23:00      CHASE CARD SERVICES,   CORRESPONDENCE DEPT,
                 PO BOX 15298,   WILMINGTON, DE 19850-5298
14204644        +EDI: CHASE.COM Oct 17 2018 06:23:00      CHASE CARD SERVICES,   PO BOX 15298,
                 WILMINGTON, DE 19850-5298
14204648        +EDI: CITICORP.COM Oct 17 2018 06:23:00      CITIBANK/SEARS,   ATTN: BANKRUPTCY,   PO BOX 6275,
                 SIOUX FALLS, SD 57117-6275
14204649        +EDI: SEARS.COM Oct 17 2018 06:23:00      CITIBANK/SEARS,   PO BOX 6282,
                 SIOUX FALLS, SD 57117-6282
14204656         EDI: IRS.COM Oct 17 2018 06:23:00      INTERNAL REVENUE SERVICE (P),
                 CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
14204659         E-mail/Text: camanagement@mtb.com Oct 17 2018 02:42:17      M & T BANK,   1 FOUNTAIN PLZ,
                 BUFFALO, NY 14203
14204658         E-mail/Text: camanagement@mtb.com Oct 17 2018 02:42:17      M & T BANK,   ATTN: BANKRUPTCY,
                 PO BOX 844,   BUFFALO, NY 14240
14204665        +E-mail/Text: bnc@nordstrom.com Oct 17 2018 02:42:10      NORDSTROM FSB,   ATTN: BANKRUPTCY,
                 PO BOX 6555,   ENGLEWOOD, CO 80155-6555
14204666        +E-mail/Text: bnc@nordstrom.com Oct 17 2018 02:42:10      NORDSTROM FSB,   13531 E CALEY AVE,
                 ENGLEWOOD, CO 80111-6505
14210408         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14204674        +EDI: USAA.COM Oct 17 2018 06:23:00      USAA FEDERAL SAVINGS BANK,   10750 MC DERMOTT,
                 SAN ANTONIO, TX 78288-1600
14204671        +EDI: USAA.COM Oct 17 2018 06:23:00      USAA FEDERAL SAVINGS BANK,   ATTN: BANKRUPTCY,
                 10750 MCDERMOTT FREEWAY,   SAN ANTONIO, TX 78288-1600
14204673         EDI: USAA.COM Oct 17 2018 06:23:00      USAA FEDERAL SAVINGS BANK,   PO BOX 47504,
                 SAN ANTONIO, TX 78265
14204682        +E-mail/Text: vci.bkcy@vwcredit.com Oct 17 2018 02:43:08      VOLKSWAGEN CREDIT, INC,
                 1401 FRANKLIN BLVD,   LIBERTYVILLE, IL 60048-4460
14204680        +E-mail/Text: vci.bkcy@vwcredit.com Oct 17 2018 02:43:08      VOLKSWAGEN CREDIT, INC,
                 ATTN: BANKRUPTCY,   PO BOX 3,   HILLBORO, OR 97123-0003
14204676        +EDI: VERIZONCOMB.COM Oct 17 2018 06:23:00      Verizon,   PO Box 920041,   Dallas, TX 75392-0041
14204677        +EDI: VERIZONCOMB.COM Oct 17 2018 06:23:00      Verizon,   PO Box 4003,   Acworth, GA 30101-9004
14204675        +EDI: VERIZONCOMB.COM Oct 17 2018 06:23:00      Verizon,   PO BOX 15124,   Albany, NY 12212-5124
14204678        +EDI: VERIZONCOMB.COM Oct 17 2018 06:23:00      Verizon Pennsylvania,   500 Technology Drive,
                 Weldon Spring, MO 63304-2225
14204679        +EDI: VERIZONCOMB.COM Oct 17 2018 06:23:00      Verizon Wireless,   P.O Box 3397,
                 Bloomington, IL 61702-3397
                                                                                         TOTAL: 26
```

```
District/off: 0313-2          User: dlv          Page 2 of 2          Date Rcvd: Oct 16, 2018
                             Form ID: 309I        Total Noticed: 43
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14204641      CAPITAL ONE / BERGDO
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
14204643*    +CHASE CARD SERVICES,   CORRESPONDENCE DEPT,   PO BOX 15298,   WILMINGTON, DE 19850-5298
14204645*    +CHASE CARD SERVICES,   PO BOX 15298,   WILMINGTON, DE 19850-5298
14204654*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,   Federal Payment Levy Program,   Stop 686,
              PO Box 57,   Bensalem, PA 19020)
14204657*     INTERNAL REVENUE SERVICE (P),   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA, PA 19101-7346
14204655*    +Internal Revenue Service,   600 Arch Street,   Philadelphia, PA 19106-1695
14204664*    +NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT,   2901 KINWEST PKWY,   IRVING, TX 75063-5816
14204662*    +NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT,   ATTN: BANKRUPTCY,   PO BOX 660360,
              DALLAS, TX 75266-0360
14204672*    +USAA FEDERAL SAVINGS BANK,   ATTN: BANKRUPTCY,   10750 MCDERMOTT FREEWAY,
              SAN ANTONIO, TX 78288-1600
14204683*    +VOLKSWAGEN CREDIT, INC,   1401 FRANKLIN BLVD,   LIBERTYVILLE, IL 60048-4460
14204681*    +VOLKSWAGEN CREDIT, INC,   ATTN: BANKRUPTCY,   PO BOX 3,   HILLBORO, OR 97123-0003
                                                                TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Howard D Popky bestcasestephen@gmail.com,
      dunnesr74587@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                TOTAL: 4
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Howard D Popky** | | | Social Security number or ITIN   **xxx–xx–9076** |
| | First Name | Middle Name | Last Name | EIN   **23–1639243** |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN   _ _ _ _ |
| | | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | | |
| Case number:   **18–16446–amc** | | | | Date case filed for chapter   **13**   **9/27/18** |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                  12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Howard D Popky | |
| 2. | **All other names used in the last 8 years** | dba Dr. Howard D. Popky DDS | |
| 3. | **Address** | 411 Millhouse Pond<br>Wayne, PA 19087 | |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN MATTHEW DUNNE<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>U.S.A. | Contact phone 215–551–7109<br><br>Email:  bestcasestephen@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 10/16/18 |

**For more information, see page 2**

Debtor  **Howard D Popky**                                                                                     Case number **18–16446–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2018 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><hr><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><hr><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 1/13/19**<br><br><br><br><br><br><br><br><br>**Filing deadline: 12/6/18**<br><br>**Filing deadline: 3/26/19**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 100.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/11/18 at 10:00 AM** , Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |