**GREENBERG TRAURIG, LLP**
By:  Diane E. Vuocolo, Esquire (DEV6713)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone: (215) 988-7803
Telecopy: (215) 717-5230
E-mail:   vuocolod@gtlaw.com
*Attorneys for Montgomery Professional Building Owners Association*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| HOWARD D. POPKY | : | Case No. 18-16446-AMC |
| | : | |
| **Debtor** | : | |

NOTICE OF APPEARANCE PURSUANT TO LOCAL BANKRUPTCY RULE 9010-1
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and Local Bankruptcy Rule 9010-1, **Montgomery Professional Building Owners Association**, hereby enters its appearance in the above-captioned case through its counsel, Greenberg Traurig LLP.

**PLEASE TAKE FURTHER NOTICE** that **Montgomery Professional Building Owners Association** requests, pursuant to Federal Rule of Bankruptcy Procedure 2002, 9007 and 9010, that any and all notices, papers and pleadings, filed or served in the above-captioned case (the "**Case**") be given to and served upon the undersigned counsel, as counsel on behalf of **Montgomery Professional Building Owners Association,** at the address set forth below:

*PHI 318012841v1*

        **Diane E. Vuocolo, Esquire**
        **Greenberg Traurig, LLP**
        **2700 Two Commerce Square**
        **2001 Market Street**
        **Philadelphia, PA  19103**
        **Telephone:  215-988-7803**
        **Telecopy:  215-717-5230**
        **E-mail:  vuocolod@gtlaw.com**

        **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any applications, motions, pleadings, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this Case or any proceeding within this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

        **PLEASE TAKE FURTHER NOTICE** that this entry of appearance is intended neither as a consent to nor a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right **Montgomery Professional Building Owners Association** reserves without prejudice.

Dated:  October 24, 2018        **GREENBERG TRAURIG, LLP**
        *Attorneys for Montgomery Professional Building Owners Association*

        By:  */s/ Diane E. Vuocolo*
        Diane E. Vuocolo, Esquire (DEV6713)