**GREENBERG TRAURIG, LLP**
By: Diane E. Vuocolo, Esquire (DEV6713)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7803
Telecopy: (215) 717-5230
E-mail: vuocolod@gtlaw.com
*Attorneys for Montgomery Professional Building Owners Association*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **HOWARD D. POPKY** | : | Case No. 18-16446-AMC |
| | : | |
| **Debtor** | : | |

## CERTIFICATE OF SERVICE

I, Diane E. Vuocolo, Esquire, shareholder of Greenberg Traurig, LLP, attorneys for Montgomery Professional Building Owners Association, hereby certify that on the 24th day of October 2018, have caused to be served a copy of *Notice Of Appearance Pursuant To Local Bankruptcy Rule 9010-1 And Request For Service Of Notices And Documents* [doc #12, filed 10-24-2018] upon all interested parties as listed on the attached Service List via first class mail, postage pre-paid.

Dated: October 25, 2018

          **GREENBERG TRAURIG, LLP**
          *Attorneys for Montgomery Professional Building Owners Association*

          By: /s/ Diane E. Vuocolo
          Diane E. Vuocolo, Esquire (DEV6713)

PHI 318013207v1

| | |
|---|---|
| **HOWARD D. POPKY, Debtor**<br>**Chapter 13**<br>**Bankruptcy Case No. 18-16446-AMC**<br><br>**2002 SERVICE LIST** | |
| Stephen Matthew Dunne, Esquire<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>*Attorneys for Debtor* | Howard D Popky<br>411 Millhouse Pond<br>Wayne, PA 19087<br>*Debtor* |
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*Chapter 13 Trustee* | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107<br>*U.S. Trustee* |
| Rebecca K. McDowell Esq.<br>Saldutti Law Group<br>1735 Market St., Suite 3750<br>Philadelphia, PA 19103<br>*Attorneys for the Bryn Mawr Trust Company* | Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532<br>*Attorneys for M&T Bank* |