# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Howard D. Popky** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | NO. 18-16446-amc |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to the Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above-captioned matter on behalf of creditor, The Ponds Homeowners Association, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

    Scott F. Waterman, Esquire
    Waterman & Mayer, LLP.
    110 W. Front Street
    Media, PA 19063
    (610) 566-6177 Phone
    (610) 892-6991 Fax

**WATERMAN & MAYER, LLP.**

**BY:** */s/ Scott F. Waterman*
    **SCOTT F. WATERMAN**
    **Attorney for Creditor**