DR. HOWARD POPKY
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

|  | 1/1/18 - 8/31/18 | 9/1/18 - 9/21/18 | 2018 Year-to-Date |
|---|---:|---:|---:|
| **REVENUE** | | | |
| Fees Received | $ 50,633 | $ 3,538 | $ 54,172 |
| Total Revenue | 50,633 | 3,538 | 54,172 |
| **COST OF SALES** | | | |
| Dental Supplies | 678 | 42 | 719 |
| Laboratory Fees | 3,846 | 28 | 3,874 |
| Total Cost of Sales | 4,523 | 70 | 4,593 |
| **GROSS PROFIT** | 46,110 | 3,469 | 49,579 |
| **GENERAL & ADMINISTRATIVE EXPENSES** | | | |
| Accounting Fees | 900 | 1,390 | 2,290 |
| Bank Charges | 2,163 | 53 | 2,217 |
| Depreciation | 2,527 | - | 2,527 |
| Insurance | 2,981 | 341 | 3,322 |
| Interest Expense | 4,081 | - | 4,081 |
| Legal & Professional | 250 | - | 250 |
| Office Condo Fee | 5,213 | - | 5,213 |
| Office Expense | 791 | 52 | 843 |
| Payroll Tax - FICA | 2,040 | - | 2,040 |
| Payroll Tax - FUTA | 84 | - | 84 |
| Payroll Tax - SUTA | 494 | - | 494 |
| Postage/Freight | 15 | - | 15 |
| Repairs & Maintenance | 231 | - | 231 |
| Salaries - Other | 26,665 | 574 | 27,239 |
| Taxes - Other | 38 | - | 38 |
| Telephone | 2,417 | - | 2,417 |
| Utilities - Electric | 242 | - | 242 |
| Vehicle Expenses | 264 | - | 264 |
| Total General & Administrative Expenses | 51,396 | 2,410 | 53,806 |
| **NET INCOME (LOSS)** | (5,286) | 1,059 | (4,228) |

No Assurance is Provided

DR. HOWARD POPKY
AVERAGE MONTHLY INCOME AND EXPENSES THROUGH AUGUST 31, 2018

|  | 1/1/18 - 8/31/18 | Monthly Average |
|---|---:|---:|
| **REVENUE** | | |
| Fees Received | $ 50,633 | $ 6,329 |
| Total Revenue | 50,633 | 6,329 |
| **COST OF SALES** | | |
| Dental Supplies | 678 | 85 |
| Laboratory Fees | 3,846 | 481 |
| Total Cost of Sales | 4,523 | 565 |
| **GROSS PROFIT** | 46,110 | 5,764 |
| **GENERAL & ADMINISTRATIVE EXPENSES** | | |
| Accounting Fees | 900 | 113 |
| Bank Charges | 2,163 | 270 |
| Depreciation | 2,527 | 316 |
| Insurance | 2,981 | 373 |
| Interest Expense | 4,081 | 510 |
| Legal & Professional | 250 | 31 |
| Office Condo Fee | 5,213 | 652 |
| Office Expense | 791 | 99 |
| Payroll Tax - FICA | 2,040 | 255 |
| Payroll Tax - FUTA | 84 | 11 |
| Payroll Tax - SUTA | 494 | 62 |
| Postage/Freight | 15 | 2 |
| Repairs & Maintenance | 231 | 29 |
| Salaries - Other | 26,665 | 3,333 |
| Taxes - Other | 38 | 5 |
| Telephone | 2,417 | 302 |
| Utilities - Electric | 242 | 30 |
| Vehicle Expenses | 264 | 33 |
| Total General & Administrative Expenses | 51,396 | 6,425 |
| **NET INCOME (LOSS)** | (5,286) | (661) |

No Assurance is Provided