## Employee Summary

| Employee Information | Earnings | | Taxes | | | Deductions | Disbursement Type |
|---|---|---|---|---|---|---|---|
| **Pay Frequency:** Biweekly<br>Popky, Howard D<br>411 Milhouse<br>Wayne, PA 19087<br>Home Phone:<br>Mobile: 6102400191<br>Hourly: 0.0000<br>SSN: ▓▓▓▓9076<br>Hire Date: 9/18/2018<br>Birth Date: ▓▓▓▓1955<br>Status: Active<br>Emp Type: Part time | Gross<br>Regular | 2,973.97<br>2,973.97 | 0.00 FIT<br>0.00 SOCSEC<br>MEDCARE<br>PA SIT<br>PA SUI<br>PA-Tredyffrin<br>Twp LIT -<br>150902<br>PA-Worcester<br>Twp LIT -<br>460902 | Single/0<br><br><br>NA/00<br><br>0.0%<br><br><br>100.00%<br>1.0% | 466.79<br>184.39<br>43.12<br>91.30<br>1.78<br>0.00<br><br><br>29.74 | 28% | Deposited 2156.85 into Checking<br>National Penn<br>Acct No: ▓▓▓▓6030 |
| **Pay Frequency Totals:** | Biweekly<br>Gross<br>Regular | $2,973.97<br>$2,973.97 | FIT<br>0.00 SOCSEC<br>MEDCARE<br>PA SIT<br>PA SUI<br>PA-Worcester<br>Twp LIT -<br>460902<br>PA-Tredyffrin<br>Twp LIT -<br>150902 | | $466.79<br>$184.39<br>$43.12<br>$91.30<br>$1.78<br>$29.74<br><br><br>$0.00 | | |
| Total Employees - Biweekly: 1<br>**Company Totals:** | Gross<br>Regular | $2,973.97<br>$2,973.97 | FIT<br>0.00 SOCSEC<br>MEDCARE<br>PA SIT<br>PA SUI<br>PA-Worcester<br>Twp LIT -<br>460902<br>PA-Tredyffrin<br>Twp LIT -<br>150902 | | $466.79<br>$184.39<br>$43.12<br>$91.30<br>$1.78<br>$29.74<br><br><br>$0.00 | | |
| Total Active Employees - Company: 1<br>Total Employees - Company: 1 | | | | | | | |

Company: Fairview Dental Arts PC    1 of 1    Date Printed: 10/23/2018 09:06
Year: 2018, Quarter: 4                        22302349 - R6/F3Y