## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | **Chapter 13** |
| **HOWARD D. POPKY** | **:** | |
| **Debtor** | **:** | **Bankruptcy No. 18-16446-AMC** |

### CERTIFICATION OF NO RESPONSE

I, STEPHEN M. DUNNE, ESQUIRE,  hereby certify that no answer, objection,

other responsive pleading or request for hearing has been filed within the time allowed by

law to the Notice of Application and Application to Approve Counsel Fees.


Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: November 27, 2018

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax