# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 18-16446-AMC

HOWARD D POPKY

411 MILLHOUSE POND

WAYNE, PA 19087

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    HOWARD D POPKY

    411 MILLHOUSE POND

    WAYNE, PA 19087

Counsel for debtor(s), by electronic notice only.

    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

Date: 3/29/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee