## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| | : | **CHAPTER 13** |
| **HOWARD D. POPKY** | : | |
| Debtor. | : | **BANKRUPTCY NO. 18-16446-AMC** |
| | : | |
| | : | |

### PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF COURT:

Kindly withdraw the Proof of Claim filed on behalf of Montgomery County Tax Claim

Bureau in the above captioned Chapter 13 Bankruptcy cases docket as claim number 9-1 on the

Official Claims Register in the amount of $ 9,230.92 plus statutory interest accruing at the rate of

nine percent (9%) per annum.

Respectfully submitted,

Dated: April 1, 2019          By: */s/ Michael D. Vagnoni*
                                      Michael D. Vagnoni, Esquire
                                      OBERMAYER REBMANN MAXWELL
                                      & HIPPEL LLP
                                      Centre Square West, Suite 3400
                                      1500 Market Street
                                      Philadelphia, PA  19102
                                      215-665-3066 – Telephone
                                      215-665-3165 – Facsimile
                                      *Counsel to Montgomery County*
                                      *Tax Claim Bureau*

4812-6397-0705