UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HOWARD D POPKY

CASE NO: 18-16446-AMC

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**
Chapter: 13
ECF Docket Reference No. 52

On 4/15/2019, I did cause a copy of the following documents, described below,

Motion to Sell / Notice of Motion / Proposed Order / Exhibits ECF Docket Reference No. 52

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/15/2019

/s/ Stephen M. Dunne
Stephen M. Dunne  208838
Dunne Law Offices, P.C.
1515 Market Street
Philadelphia, PA  19102
215 551 7109

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HOWARD D POPKY

CASE NO: 18-16446-AMC

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 52

On 4/15/2019, a copy of the following documents, described below,

Motion to Sell / Notice of Motion / Proposed Order / Exhibits ECF Docket Reference No. 52

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/15/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M. Dunne
Dunne Law Offices, P.C.
1515 Market Street
Philadelphia, PA  19102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
03132
CASE 18-16446-AMC
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA
FRI APR 12 16-36-15 EDT 2019

MONTGOMERY PROFESSIONAL BUILDING
OWNERS ASSO
CO DIANE E VUOCOLO ESQUIRE
GREENBERG TRAURIG LLP
TWO COMMERCE SQUARE 27TH FL
2001 MARKET STREET
PHILADELPHIA PA 19103-7044

THE BRYN MAWR TRUST COMPANY
ATTN LEGAL DEPT
801 LANCASTER AVE
BRYN MAWR PA 19010-3396

THE PONDS HOMEOWNERS ASSOCIATION
CO SCOTT F WATERMAN
110 W FRONT STREET
MEDIA PA 19063-3208

PHILADELPHIA
900 MARKET STREET
SUITE 400
PHILADELPHIA PA 19107-4233

BANK OF AMERICA
4909 SAVARESE CIR
TAMPA FL 33634-2413

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BRYN MAWR TRUST COMPANY
801 LANCASTER AVENUE
BRYN MAWR PA 19010-3396

CAPITAL ONE  BERGDO
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE CARD SERVICES
CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE MORTGAGE
MAIL CODE OH47302
PO BOX 24696
COLUMBUS OH 43224-0696

CHASE MORTGAGE
PO BOX 24696
COLUMBUS OH 43224-0696

CITIBANKSEARS
ATTN BANKRUPTCY
PO BOX 6275
SIOUX FALLS SD 57117-6275

CITIBANKSEARS
PO BOX 6282
SIOUX FALLS SD 57117-6282

DENTURES UNLIMITED
206 NORTH BLACK HORSE PIKE
RUNNEMEDE NJ 08078-1665

DUNNE LAW OFFICES PC
1515 MARKET STREET SUITE 1200
PHILADELPHIA PA 19102-1932

EQUIFAX
PO BOX 740241
ATLANTA GA 30374-0241

EXPERIAN
PO BOX 2002
ALLEN TX 75013-2002

GLENN M LAMPERT
3331 STREET ROAD
BENSALEM PA 19020-2047

INTERNAL REVENUE SERVICE P
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
600 ARCH STREET
PHILADELPHIA PA 19106-1695

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NA
700 KANSAS LANE
MAIL CODE LA4-5555
MONROE LA 71203-4774

MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MT BANK
CO KEVIN S FRANKEL ESQUIRE
3600 HORIZON DRIVE SUITE 150
KING OF PRUSSIA PA 19406-4702

MONTGOMERY COUNTY TAX CLAIM BUREAU
CO MICHAEL D VAGNONI
OBERMAYER REBMANN MAXWELL  HIPPEL LLP
CENTRE SQUARE WEST
1500 MARKET STREET SUITE 3400
PHILADELPHIA PA 19102-2131

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MONTGOMERY PROFESSIONAL BUILDING
OWNERS ASSOCIATION
CO DIANE E VUOCOLO
2700 TWO COMMERCE SQUARE
2001 MARKET STREET
PHILADELPHIA PA 19103-7044

MONTGOMERY PROFESSIONAL BUILDING
OWNERS ASSO
CO GREENBERG TRAURIG LLP
2001 MARKET STREET
PHILADELPHIA PA 19103

NISSAN MOTOR ACCEPTANCE CORPINFINITY
LT
2901 KINWEST PKWY
IRVING TX 75063-5816

NISSAN MOTOR ACCEPTANCE CORPINFINITY
LT
ATTN BANKRUPTCY
PO BOX 660360
DALLAS TX 75266-0360

NORDSTROM FSB
13531 E CALEY AVE
ENGLEWOOD CO 80111-6505

NORDSTROM FSB
ATTN BANKRUPTCY
PO BOX 6555
ENGLEWOOD CO 80155-6555

NEWMARK KNIGHT FRANK MANAGEMENT
SERVICES
880 E SWEDESFORD ROAD
WAYNE PA 19087-2129

PENNSYLVANIA DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

SALDUTTI LAW GROUP
1735 MARKET STREET
SUITE 3750
PHILADELPHIA PA 19103-7532

THE BRYN MAWR TRUST COMPANY
CO REBECCA K MCDOWELL
SALDUTTI LAW GROUP
800 N KINGS HIGHWAY
CHERRY HILL NJ 08034-1511

THE PONDS HOMEOWNER ASSOCIATION
383A DRUMMERS LANE
WAYNE PA 19087-1556

THE PONDS HOMEOWNERS ASSOCIATION
CO PENCO MANAGEMENT INC
PO BOX 1119
CHADDS FORD PA 19317-0658

THE PONDS HOMEOWNERS ASSOCIATION
CO SCOTT F WATERMAN ESQUIRE
110 W FRONT STREET
MEDIA PA 19063-3208

TRANSUNION
PO BOX 1000
CRUM LYNNE PA 19022

USAA FEDERAL SAVINGS BANK
10750 MC DERMOTT
SAN ANTONIO TX 78288-1600

USAA FEDERAL SAVINGS BANK
ATTN BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

USAA FEDERAL SAVINGS BANK
PO BOX 47504
SAN ANTONIO TX 78265

UNITED STATES TRUSTEE
OFFICE OF THE US TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA PA 19107-4405

VOLKSWAGEN CREDIT INC
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

VOLKSWAGEN CREDIT INC
ATTN BANKRUPTCY
PO BOX 3
HILLBORO OR 97123-0003

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

VERIZON
PO BOX 4003
ACWORTH GA 30101-9004

VERIZON PENNSYLVANIA
500 TECHNOLOGY DRIVE
WELDON SPRING MO 63304-2225

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON IL 61702-3397

WELLS FARGO BANK NA
PO BOX 14487
DES MOINES IA 50306-3487

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DEBTOR

HOWARD D POPKY
411 MILLHOUSE POND
WAYNE PA 19087-5518

STEPHEN MATTHEW DUNNE
DUNNE LAW OFFICES PC
1515 MARKET STREET
SUITE 1200
PHILADELPHIA PA 19102-1932

WILLIAM C MILLER ESQ
CHAPTER 13 TRUSTEE
PO BOX 1229
PHILADELPHIA PA 19105-1229