United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16446-amc
Howard D Popky                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: May 15, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db              #+Howard D Popky,     411 Millhouse Pond,    Wayne, PA 19087-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
            DIANE E. VUOCOLO    on behalf of Creditor    Montgomery Professional Building Owners Association
             vuocolod@gtlaw.com
            KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
            MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
             michael.vagnoni@obermayer.com,
             Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
             anzis@obermayer.com;helen.belair@obermayer.com
            PATRICIA M. MAYER    on behalf of Creditor    The Ponds Homeowners Association
             patriciamayerpc@gmail.com,   nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
            REBECCA K. MCDOWELL    on behalf of Creditor    The Bryn Mawr Trust Company
             rmcdowell@slgcollect.com,   pwirth@slgcollect.com
            STEPHEN MATTHEW DUNNE    on behalf of Debtor Howard D Popky bestcasestephen@gmail.com,
             dunnesr74587@notify.bestcase.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Howard D. Popky dba Dr. Howard D. Popky DDS | CHAPTER 13 |
| Debtor(s) | |
| | |
| M&T BANK | |
| Movant | |
| vs. | NO. 18-16446 AMC |
| | |
| Howard D. Popky dba Dr. Howard D. Popky DDS | |
| Debtor(s) | |
| | |
| William C. Miller Esq. | 11 U.S.C. Sections 362 |
| Trustee | |

### <u>ORDER</u>

AND NOW, this 14th day of May , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 411 Millhouse Pond, Wayne, PA 19087 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Howard D. Popky dba Dr. Howard D. Popky DDS
411 Millhouse Pond
Wayne, PA 19087

Stephen Matthew Dunne
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532