**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Re:     CASE NUMBER: <u>18-16446</u>           DATE:    <u>05/21/2019</u>

       NAME: HOWARD D. POPKY

# **<u>FRBP 4002 STATEMENT OF CHANGE OF</u>**
# **<u>MAILING ADDRESS OF DEBTOR</u>**

Dear Clerk of the Court:

    Please change debtor's address on file from 411 Millhouse Pond, Chesterbrook, PA 19087 to the following mailing address:

**Howard D. Popky**
**1301 Anchor Court**
**Royersford, PA 19468**

    I declare under the penalty of perjury that the address listed above is the current mailing address for debtor.

Sincerely,

/s/ Stephen M. Dunne
Attorney for Debtor