**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION District of PENNSYLVANIA - Philadelphia**

RE: **HOWARD  POPKY**                                                                       :

                                                                                                                 : Bankruptcy Number: 18-16446-AMC
                                                                                                                 :
                                                                                                                 :
**Debtor**                                                                                               : Chapter: 13
                                                                                                                 :
                                                                                                                 :
                                                                                                                 :
                                                                                                                 :
                                                                                                                 :

### REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

  Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Amy Weikel, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 06/27/2019

                                                                    By: _____/S/   Amy Weikel_____
                                                                            Amy Weikel
                                                                            Commonwealth of Pennsylvania
                                                                            Department of Labor and Industry
                                                                            Collections Support Unit
                                                                            651 Boas Street, Room 925
                                                                            Harrisburg, PA 17121
                                                                            Telephone: (717) 787-7627
                                                                            Fax: (717) 787-7671
                                                                            Email: ra-li-beto-bankreading@state.pa.us

UC-666 09-10 (page 1)