SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor The Bryn Mawr Trust Co.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>HOWARD D. POPKY,<br><br>Debtor. | CASE NO. 18-16446-AMC<br><br>CHAPTER 13 |
|---|---|

**PRAECIPE TO WITHDRAW CLAIM #4**

**TO THE CLERK:**

Kindly withdraw THE BRYN MAWR TRUST COMPANY's Proof of Claim, Claim #4, filed on November 13, 2018.

                              Respectfully submitted,
                              SALDUTTI LAW GROUP


                              */s/ Rebecca K. McDowell*
                              REBECCA K. MCDOWELL, ESQ.

Dated:  July 15, 2019