# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Howard D. Popky dba Dr. Howard D. Popky DDS

    Debtor

M&T BANK

    Movant

CHAPTER 13

NO. 18-16446 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim of M&T BANK, which was filed with the Court on or about December 5, 2018 (Claim No. 7).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

July 15, 2019