**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Howard D. Popky                    :          Chapter 13

              Debtor                    :          No. 18-16446-amc

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**
**OF THE DEBTOR'S CHAPTER 13 CASE**

TO THE CLERK:

     Kindly withdraw the Objection to Confirmation filed by The Ponds Homeowners

Association.

                                        Respectfully submitted:

                                        **PATRICIA M MAYER, PC**

Dated: July 15, 2019                    /S/ Patricia M. Mayer
                                        Patricia M. Mayer, Esquire
                                        301 Oxford Valley Road, Suite 203B
                                        Yardley, PA 19067
                                        215-493-4300
                                        Counsel for The Ponds Homeowners Assn.