**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Howard D. Popky                    :          Chapter 13

            Debtor                    :          No. 18-16446-amc

**PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 2**
**FILED BY THE PONDS HOMEOWNERS ASSOCIATION**

TO THE CLERK:

    Kindly withdraw Proof of Claim No. 2 as filed by The Ponds Homeowners Association.

Respectfully submitted:

**PATRICIA M MAYER, PC**

Dated: July 15, 2019

/S/ Patricia M. Mayer
Patricia M. Mayer, Esquire
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
215-493-4300
Counsel for The Ponds Homeowners Assn.

1