**GREENBERG TRAURIG, LLP**
By: Diane E. Vuocolo, Esquire (DEV6713)
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7803
Telecopy: (215) 717-5230
E-mail: vuocolod@gtlaw.com
*Attorneys for Montgomery Professional Building Owners Association*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE: | Chapter 13 |
| HOWARD D. POPKY | Case No. 18-16446-AMC |
| Debtor | |

<u>**PRAECIPE TO WITHDRAW DOCKET NO. 26**</u>

**TO THE CLERK OF THE COURT:**

Kindly withdraw The Montgomery Professional Building Owners Association's Objection To Confirmation Of The Debtors' Chapter 13 Plan, filed on December 3, 2018 at Docket No. 26

Respectfully submitted,

Dated: July 16, 2019        **GREENBERG TRAURIG, LLP**

By: /s/ Diane E. Vuocolo
Diane E. Vuocolo, Esquire (DEV6713)

*Attorneys for Montgomery Professional Building Owners Association*