**GREENBERG TRAURIG, LLP**
By:  Diane E. Vuocolo, Esquire (DEV6713)
1717 Arch Street
Suite 400
Philadelphia, PA  19103
Telephone: (215) 988-7803
Telecopy: (215) 717-5230
E-mail:  vuocolod@gtlaw.com
*Attorneys for Montgomery Professional Building Owners Association*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **HOWARD D. POPKY** | : | **Case No. 18-16446-AMC** |
| | : | |
| **Debtor** | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 6**

**TO THE CLERK OF THE COURT:**

Kindly withdraw the Proof of Claim filed on behalf of The Montgomery Professional

Building Owners Association as Claim No. 6 on the Official Claims Register maintained in the

above-captioned chapter 13 bankruptcy case in the amount of $1,984.82 plus interest and costs.

Respectfully submitted,

Dated:  July 16, 2019          **GREENBERG TRAURIG, LLP**

By:  */s/ Diane E. Vuocolo*
Diane E. Vuocolo, Esquire (DEV6713)

*Attorneys for Montgomery Professional Building
Owners Association*