**GREENBERG TRAURIG, LLP**
By: Diane E. Vuocolo, Esquire (DEV6713)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7803
Telecopy: (215) 717-5230
E-mail: vuocolod@gtlaw.com
*Attorneys for Montgomery Professional Building Owners Association*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| HOWARD D. POPKY | : | Case No. 18-16446-AMC |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Diane E. Vuocolo, Esquire, shareholder of Greenberg Traurig, LLP, attorneys for Montgomery Professional Building Owners Association, hereby certify that on the 16th day of July 2019, have caused to be served copies of the following documents upon all interested parties as listed on the attached Service List via first class mail, postage pre-paid:

1. **Praecipe to Withdraw Objection To Confirmation Of The Debtor's Chapter 13 Plan [Docket No. 26] filed on behalf of Montgomery Professional Building Owners Association [Docket No. 71, filed 7-16-2019]; and**

ACTIVE 44619568v1

2. **Praecipe to Withdraw Proof of Claim No. 6 filed on behalf of Montgomery Professional Building Owners Association [Docket No. 72, filed 7-16-2019]**

Dated: July 17, 2019

**GREENBERG TRAURIG, LLP**
*Attorneys for Montgomery Professional Building Owners Association*

By: /s/ Diane E. Vuocolo
Diane E. Vuocolo, Esquire (DEV6713)

**HOWARD D. POPKY, Debtor**
**Chapter 13**
**Bankruptcy Case No. 18-16446-AMC**

**2002 SERVICE LIST**

| | |
|---|---|
| Stephen Matthew Dunne, Esquire<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>*Attorneys for Debtor* | Howard D Popky<br>1301 Anchor Court<br>Royersford, PA 19468<br>*Debtor* |
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*Chapter 13 Trustee* | Terry Wall, Esquire<br>c/o William C. Miller, Esq.<br>Chapter 13 Trustee Office<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*Office of Chapter 13 Trustee* |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>*U.S. Trustee* | Patricia M. Mayer Esquire<br>Waterman & Mayer, LLP.<br>301 Oxford Valley Road<br>Suite 203B<br>Yardley, PA 19067<br>*Attorneys for The Ponds Homeowners Association* |
| Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532<br>*Attorneys for M&T Bank* | Rebecca K. McDowell Esq.<br>Saldutti Law Group<br>1735 Market St., Suite 3750<br>Philadelphia, PA 19103<br>*Attorneys for The Bryn Mawr Trust Company* |
| Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>*Attorneys for Montgomery County Tax Claim Bureau* | Amy Weikel<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 |