# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16446-AMC

HOWARD D POPKY

1301 ANCHOR COURT

ROYERSFORD, PA 19468-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    HOWARD D POPKY

    1301 ANCHOR COURT

    ROYERSFORD, PA 19468-

**Counsel for debtor(s), by electronic notice only.**
    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 7/18/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee