## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | | State/Local Taxes | | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Popky, Howard D** <br> **SSN: xxx-xx-9076** | | | | | | | | | | | |
| 10/22/2019 | Regular | 188.5093 | 14.00 | 2,639.13 | 2,639.13 | FED FIT <br> FED SOCSEC <br> FED MEDCARE | 353.63 <br> 163.62 <br> 38.26 | PA SIT <br> PA SUI <br> PA9611 - Worcester Twp LIT | 81.02 <br> 1.58 <br> 26.39 | | 1,974.63 DD |

Company: Fairview Dental Arts PC
Check Dates From: 9/10/2019 To: 11/19/2019
Pay Period from: 08/10/2019 to: 11/17/2019