# Social Security Administration
# Retirement, Survivors and Disability Insurance

Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: March 15, 2019
BNC#: 19T2061K33604-A

0008070 00018046    1 AB  0.412 0308M1T2R2PN T64 P7
HOWARD D POPKY
1301 ANCHOR CT
ROYERS FORD PA 19468-2276



We are writing to you about your Social Security benefits.

## What You Should Know

You asked that we withhold money from your benefits for voluntary Federal tax withholding. You want 12 percent withheld beginning March 2019.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $1,892.90 for March 2019 around April 24, 2019.
- After that you will receive $1,892.90 on or about the fourth Wednesday of each month.

## Your Benefits

We will continue to withhold money for voluntary Federal tax withholding as you requested.

We will withhold $258.10 from your benefit for March 2019. Thereafter, we will withhold $258.10 each month.

C                           See Next Page