United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16446-amc
Howard D Popky                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Dec 02, 2019
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db             +Howard D Popky,    1301 Anchor Court,    Royersford, PA 19468-2276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
      DIANE E. VUOCOLO    on behalf of Creditor    Montgomery Professional Building Owners Association
       vuocolod@gtlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
       michael.vagnoni@obermayer.com,
       Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
       anzis@obermayer.com;helen.belair@obermayer.com
      PATRICIA M. MAYER    on behalf of Creditor    The Ponds Homeowners Association
       patriciamayerpc@gmail.com,    nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      REBECCA K. MCDOWELL    on behalf of Creditor    The Bryn Mawr Trust Company
       rmcdowell@slgcollect.com,    pwirth@slgcollect.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Howard D Popky bestcasestephen@gmail.com,
       dunnesr74587@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                    TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| HOWARD D. POPKY | : | |
| DEBTOR | : | CASE NO:    18-16446-AMC |
| _____ | : | |

### ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of _____ 2018, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,000.00** is approved and the balance due counsel in the amount of **$2,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

Date: December 2, 2019

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:    Stephen M. Dunne, Esq.
       1515 Market Street, Suite 1200
       Philadelphia, PA 19102

       William C. Miller, Esq.
       Chapter 13 Trustee
       PO Box 40119
       Philadelphia, PA 19107

       Howard D. Popky
       411 Millhouse Pond
       Wayne, PA 19087