United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16446-mdc |
| Howard D Popky | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 01, 2021 | Form ID: 138OBJ | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Howard D Popky, 1301 Anchor Court, Royersford, PA 19468-2276 |
| 14204638 | + | BANK OF AMERICA, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 14204637 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982238, EL PASO, TX 79998 |
| 14204640 | + | CAPITAL ONE / BERGDO, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14348761 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14204650 | + | Dentures Unlimited, 206 North Black Horse Pike, Runnemede, NJ 08078-1665 |
| 14246711 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14204651 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 14204652 | + | Experian, PO BOX 2002, Allen, TX 75013-2002 |
| 14204653 | + | Glenn M. Lampert, 3331 Street Road, Bensalem, PA 19020-2047 |
| 14210885 | + | M&T Bank, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14262342 | + | Montgomery County Tax Claim Bureau, c/o MICHAEL D. VAGNONI, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400 Philadelphia, PA 19102-2100 |
| 14218608 | + | Montgomery Professional Building, Owners Association, c/o DIANE E. VUOCOLO, 2700 Two Commerce Square, 2001 Market Street Philadelphia, PA 19103-7044 |
| 14240667 | + | Montgomery Professional Building Owners Assoc., c/o Greenberg Traurig, LLP, 2001 Market Street, Philadelphia, PA 19103, ATTENTION: Diane E. Vuocolo, Esquire 19103-7044 |
| 14204663 | + | NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT, 2901 KINWEST PKWY, IRVING, TX 75063-5816 |
| 14204661 | + | NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 14204660 | + | Newmark Knight Frank Management Services, 880 E Swedesford Road, Wayne, PA 19087-2178 |
| 14204667 | + | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14204669 | + | The Ponds Homeowner Association, 383-A Drummers Lane, Wayne, PA 19087-1556 |
| 14220517 | + | The Ponds Homeowners Association, c/o Penco Management, Inc., P.O. Box 1119, Chadds Ford, PA 19317-0658 |
| 14220747 | + | The Ponds Homeowners Association, c/o Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |
| 14204670 | | TransUnion, PO BOX 1000, Crum Lynne, PA 19022 |
| 14204674 | + | USAA FEDERAL SAVINGS BANK, 10750 MC DERMOTT, SAN ANTONIO, TX 78288-1600 |
| 14204671 | + | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 10750 MCDERMOTT FREEWAY, SAN ANTONIO, TX 78288-1600 |
| 14204673 | | USAA FEDERAL SAVINGS BANK, PO BOX 47504, SAN ANTONIO, TX 78265 |
| 14262344 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines, IA 50306-3487 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 02 2021 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2021 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

Case 18-16446-mdc    Doc 104    Filed 10/03/21    Entered 10/04/21 00:48:02    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 138OBJ | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14204639 | + | Email/Text: Collections@bmtc.com | Oct 02 2021 00:16:00 | Bryn Mawr Trust Company, 801 Lancaster Avenue, Bryn Mawr, PA 19010-3396 |
| 14204649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2021 00:21:43 | CITIBANK/SEARS, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 14204648 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2021 00:21:48 | CITIBANK/SEARS, ATTN: BANKRUPTCY, PO BOX 6275, SIOUX FALLS, SD 57117-6275 |
| 14204656 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2021 00:16:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14204642 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:47 | CHASE CARD SERVICES, CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 14204644 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:38 | CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14204646 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:42 | CHASE MORTGAGE, MAIL CODE: OH4-7302, PO BOX 24696, COLUMBUS, OH 43224 |
| 14204647 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:38 | CHASE MORTGAGE, PO BOX 24696, COLUMBUS, OH 43224 |
| 14235710 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:47 | JPMorgan Chase Bank, N.A., 700 Kansas Lane, Mail Code LA4-5555, Monroe, LA 71203 |
| 14204659 | | Email/Text: camanagement@mtb.com | Oct 02 2021 00:16:00 | M & T BANK, 1 FOUNTAIN PLZ, BUFFALO, NY 14203 |
| 14204658 | | Email/Text: camanagement@mtb.com | Oct 02 2021 00:16:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 14242230 | | Email/Text: camanagement@mtb.com | Oct 02 2021 00:16:00 | M&T BANK, PO Box 840, Buffalo, NY 14240 |
| 14204666 | + | Email/Text: bnc@nordstrom.com | Oct 02 2021 00:16:42 | NORDSTROM FSB, 13531 E CALEY AVE, ENGLEWOOD, CO 80111-6505 |
| 14204665 | + | Email/Text: bnc@nordstrom.com | Oct 02 2021 00:16:38 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 14210408 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2021 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14214186 | + | Email/Text: rmcdowell@slgcollect.com | Oct 02 2021 00:16:00 | The Bryn Mawr Trust Company, c/o REBECCA K. MCDOWELL, Saldutti Law Group, 800 N. Kings Highway, Cherry Hill, NJ 08034-1511 |
| 14204680 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 02 2021 00:16:00 | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLBORO, OR 97123-0003 |
| 14204682 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 02 2021 00:16:00 | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 14204677 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 02 2021 00:16:00 | Verizon, PO Box 4003, Acworth, GA 30101-9004 |
| 14204675 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 02 2021 00:16:00 | Verizon, PO BOX 15124, Albany, NY 12212-5124 |
| 14204676 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 02 2021 00:16:00 | Verizon, PO BOX 920041, Dallas, TX 75392-0041 |
| 14204678 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 02 2021 00:16:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14204679 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 02 2021 00:16:00 | Verizon Wireless, P.O Box 3397, Bloomington, IL 61702-3397 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 01, 2021 | Form ID: 138OBJ | Total Noticed: 51 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14204641 | | CAPITAL ONE / BERGDO |
| 14261827 | | Montgomery County Tax Claim Bureau |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14204654 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Federal Payment Levy Program, Stop 686, PO Box 57, Bensalem, PA 19020 |
| 14204657 | * | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14204655 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14204643 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 14204645 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14204662 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 14204664 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT, 2901 KINWEST PKWY, IRVING, TX 75063-5816 |
| 14204672 | *+ | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 10750 MCDERMOTT FREEWAY, SAN ANTONIO, TX 78288-1600 |
| 14204681 | *+ | VOLKSWAGEN CREDIT, INC, ATTN: BANKRUPTCY, PO BOX 3, HILLBORO, OR 97123-0003 |
| 14204683 | *+ | VOLKSWAGEN CREDIT, INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 14204668 | ##+ | Saldutti Law Group, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |

TOTAL: 2 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DIANE E. VUOCOLO | on behalf of Creditor Montgomery Professional Building Owners Association vuocolod@gtlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| PATRICIA M. MAYER | on behalf of Creditor The Ponds Homeowners Association patriciamayerpc@gmail.com nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com |
| REBECCA ANN SOLARZ | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 01, 2021 | Form ID: 138OBJ | Total Noticed: 51 |

      on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
      on behalf of Creditor The Bryn Mawr Trust Company rmcdowell@slgcollect.com pwirth@slgcollect.com

STEPHEN MATTHEW DUNNE
      on behalf of Debtor Howard D Popky bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
      ecfemails@ph13trustee.com philaecf@gmail.com


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Howard D Popky
        Debtor(s)

Case No: 18−16446−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/1/21